# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**ANTHONY WILLIAMS,**

    **Plaintiff,**

**v.**                                       **CIVIL ACTION NO. 05-0064-CB-B**

**HERNDON OIL CORPORATION, et al.**

    **Defendants.**

## ORDER

This matter comes before the court on plaintiff's Motion to Amend the Complaint. The two non-fictitious defendants who have been served have responded; they do not object to the amendment, but request that the court require plaintiff to file a single consolidated amended complaint as opposed to the separate amendment to the complaint which is included as an exhibit to the motion. The court likewise prefers that the pleadings be handled in that fashion. Given the nature of the amendments offered, it does not appear that drafting such an amended complaint would be difficult or would lead to disputes as to the precise matters as to which amendment will have been allowed.

Accordingly, it is hereby **ORDERED** that plaintiff's Motion to Amend is **GRANTED in part**, and that, within ten days of the date of this order, plaintiff shall file with the court an amended complaint which incorporates the amendments identified in his proposed amendments attached to his motion, and no others.

**DONE** this the 2nd day of May, 2005.

                                                      *s/Charles R. Butler, Jr.*
                                                      **Senior United States District Judge**